# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| **TALMADGE SLAUGHTER** | ) | FILED: NOVEMBER 19, 2008 |
|  | ) | 08 CV 6642 |
| Plaintiff, | ) Case No. | JUDGE HART |
| v. | ) Judge | MAGISTRATE JUDGE VALDEZ |
|  | ) | AEE |
| **P.O. JOHN DOE 1-6**, individually, | ) Magistrate Judge | |
|  | ) | Jury Demand |
| Defendants. | ) | |

## COMPLAINT

NOW COMES the Plaintiff, TALMADGE SLAUGHTER, by and through his attorneys, GREGORY E. KULIS AND ASSOCIATES, complaining against the Defendants, P.O. JOHN DOE 1-6, individually as follows:

### COUNT I--UNLAWFUL ENTRY AGAINST P.O. JOHN DOE 1-2

1) This action is brought pursuant to the Laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the civil rights of the Plaintiff, accomplished by acts and/or omissions of the Defendants committed under color of law.

2) Jurisdiction is based on Title 28 U.S.C. §1343 and §1331.

3) The Plaintiff, TALMADGE SLAUGHTER, is a United States citizen and permanent resident of the State of Illinois.

4) The Defendants, P.O. JOHN DOE 1-6, individually, were at all relevant times duly appointed police officers of the City of Chicago and at all relevant times were acting within their scope of employment and under color of law.

5) On November 8, 2008, the Plaintiff was at his home located at 12232 S.

Wentworth in Chicago, Illinois.

6) The Plaintiff was not committing a crime or breaking any laws.

7) Without a search warrant, probable cause, or consent, Defendants P.O. JOHN DOE 1-2 of the Chicago Police Department forcefully entered the Plaintiff's residence.

8) The actions of Defendants P.O. JOHN DOE 1-2 were unreasonable.

9) The Plaintiff became frightened and called for emergency assistance for what he believed to be a burglary.

10) Defendants P.O. JOHN DOE 3-6 arrived at Plaintiff's residence in response to his call for emergency assistance.

11) Said actions of the Defendants, P.O. JOHN DOE 1-2, were intentional, willful and wanton.

12) Said actions of the Defendants, P.O. JOHN DOE 1-2, violated the Plaintiff's Fourth and Fourteenth Amendment Rights of the United States Constitution as protected by 42 U.S.C. §1983.

13) As a direct and proximate consequence of said conduct of the Defendants, the Plaintiff, TALMADGE SLAUGHTER, suffered violations of his constitutional rights, emotional anxiety, fear, pain and suffering, and monetary loss and expense.

WHEREFORE, the Plaintiff, TALMADGE SLAUGHTER, prays for judgment against the Defendants, P.O. JOHN DOE 1-2, jointly and severally, in an amount in excess of TWENTY FIVE THOUSAND AND 00/100 ($25,000.00) DOLLARS in compensatory damages and TEN THOUSAND AND 00/100 ($10,000.00) DOLLARS punitive damages, plus attorneys' fees and costs.

## COUNT II—EXCESSIVE FORCE/FAILURE TO INTERVENE AGAINST P.O. JOHN DOE 1-6

1-9) Plaintiff TALMADGE SLAUGHTER hereby re-alleges and incorporates the allegations of paragraphs 1-7 of Count I as his respective allegations of paragraphs 1-9 of Count II as though fully forth herein.

10) After forcefully entering the Plaintiff's home, Defendant P.O. JOHN DOE 1 put a gun to the Plaintiff's head and threatened to kill him.

11) Defendant P.O. JOHN DOE 1 did not have probable cause or provocation to use such force.

12) The use of force was unprovoked, unnecessary and excessive.

13) The Plaintiff was injured.

14) Defendant P.O. JOHN DOE 2-6 stood by during Defendant P.O. JOHN DOE 1's use of force and allowed this to occur, failing to intervene.

15) As a result of the actions and inactions of the Defendants, the Plaintiff received hospital treatment and care.

16) The actions and inactions of the Defendants, P.O. JOHN DOE 1-6, were unreasonable.

17) Said actions and inactions of the Defendants, P.O. JOHN DOE 1-6, were intentional, willful and wanton.

18) Said actions and inactions of the Defendants violated the Plaintiff's Fourth Amendment Rights of the United States Constitution as protected by 42 U.S.C. §1983.

19) As a direct and proximate consequence of said conduct of the Defendants, P.O. JOHN DOE 1-6, the Plaintiff, TALMADGE SLAUGHTER, suffered violations of his constitutional rights, emotional anxiety, fear, pain and suffering, and monetary loss and expense.

WHEREFORE, the Plaintiff, TALMADGE SLAUGHTER, prays for judgment against

the Defendants, P.O. JOHN DOE 1-6, in an amount in excess of TWENTY FIVE THOUSAND AND 00/100 ($25,000.00) DOLLARS in compensatory damages and TEN THOUSAND AND 00/100 ($10,000.00) DOLLARS punitive damages, plus attorneys' fees and costs.

**COUNT III—UNLAWFUL SEIZURE/DETENTION AGAINST P.O. JOHN DOE 1**

1-10) Plaintiff TALMADGE SLAUGHTER hereby re-alleges and incorporates the allegations of paragraphs 1-10 of Count II as his respective allegations of paragraphs 1-10 of Count III as though fully forth herein.

11) P.O. JOHN DOE 1's holding of a gun to Plaintiff's head unlawfully interfered with Plaintiff's freedom of movement.

12) Plaintiff was not free to leave at any time while P.O. JOHN DOE 1 was holding a gun to his head.

13) During the time Plaintiff was unlawfully held, Plaintiff was in fear for his life.

14) Defendant P.O. JOHN DOE 1 did not have probable cause to hold the Plaintiff.

15) Said actions of the Defendant P.O. JOHN DOE 1 were intentional, willful and wanton.

16) Said actions of the Defendant, P.O. JOHN DOE 1, violated the Plaintiff's Fourth and Fourteenth Amendment Rights and were in violation of said rights protected by 42 U.S.C. §1983.

17) As a direct and proximate consequence of said conduct of the Defendant, P.O. JOHN DOE 1, the Plaintiff, TALMADGE SLAUGHTER, suffered violations of his constitutional rights, emotional anxiety, fear, pain and suffering, and monetary loss and expense.

WHEREFORE, the Plaintiff, TALMADGE SLAUGHTER, prays for judgment against the Defendant, P.O. JOHN DOE 1, in an amount in excess of TWENTY FIVE THOUSAND

AND 00/100 ($25,000.00) DOLLARS in compensatory damages and TEN THOUSAND AND 00/100 ($10,000.00) DOLLARS punitive damages, plus attorneys' fees and costs.

### JURY DEMAND

The Plaintiff, TALMADGE SLAUGHTER, requests a trial by jury.

Respectfully submitted,

/s/ Ronak D. Patel

Gregory E. Kulis and Associates
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312) 580-1830