UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **TALMADGE SLAUGHTER** | ) | |
| | ) | Case No. 08 C 6642 |
| **Plaintiff,** | ) | |
| v. | ) | Judge Hart |
| | ) | |
| **P.O. DWAYNE ADAMS, P.O KIMBERLY** | ) | Magistrate Judge Valdez |
| **CARTER, P.O. KENNETH STEELE, P.O.** | ) | |
| **DONALD DOUGLAS, P.O. LEO CROMWELL,** | ) | Jury Demand |
| **and P.O. ISSAC THOMAS, individually, and** | ) | |
| **the CITY OF CHICAGO,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### FIRST AMENDED COMPLAINT

NOW COMES the Plaintiff, TALMADGE SLAUGHTER, by and through his attorneys, GREGORY E. KULIS AND ASSOCIATES, complaining against the Defendants, P.O. DWAYNE ADAMS, P.O KIMBERLY CARTER, P.O. KENNETH STEELE, P.O. DONALD DOUGLAS, P.O. LEO CROMWELL and P.O. ISSAC THOMAS, individually, and the CITY OF CHICAGO, as follows:

### COUNT I--UNLAWFUL ENTRY

1) This action is brought pursuant to the Laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the civil rights of the Plaintiff, accomplished by acts and/or omissions of the Defendants committed under color of law.

2) Jurisdiction is based on Title 28 U.S.C. §1343 and §1331.

3) The Plaintiff, TALMADGE SLAUGHTER, is a United States citizen and permanent resident of the State of Illinois.

4) The Defendants, P.O. DWAYNE ADAMS, P.O KIMBERLY CARTER, P.O.

KENNETH STEELE, P.O. DONALD DOUGLAS, P.O. LEO CROMWELL and P.O. ISSAC THOMAS, individually, were at all relevant times duly appointed police officers of the City of Chicago and at all relevant times were acting within their scope of employment and under color of law.

    5) On November 8, 2008, the Plaintiff was at his home located at 12232 S. Wentworth in Chicago, Illinois.

    6) The Plaintiff was not committing a crime or breaking any laws.

    7) Without a search warrant, probable cause, or consent, two or more of the Defendants forcefully entered the Plaintiff's residence.

    8) The actions of these Defendants were unreasonable.

    9) Said actions of the Defendants were intentional, willful and wanton.

    10) The Plaintiff became frightened and called for emergency assistance for what he believed to be a burglary.

    11) The other Defendants arrived at Plaintiff's residence in response to his call for emergency assistance.

    12) Said actions of one or more of the Defendants violated the Plaintiff's Fourth and Fourteenth Amendment Rights of the United States Constitution as protected by 42 U.S.C. §1983.

    13) As a direct and proximate consequence of said conduct of the Defendants, the Plaintiff, TALMADGE SLAUGHTER, suffered violations of his constitutional rights, emotional anxiety, fear, pain and suffering, and monetary loss and expense.

    WHEREFORE, the Plaintiff, TALMADGE SLAUGHTER, prays for judgment against the Defendants, P.O. DWAYNE ADAMS, P.O KIMBERLY CARTER, P.O. KENNETH

STEELE, P.O. DONALD DOUGLAS, P.O. LEO CROMWELL and P.O. ISSAC THOMAS, jointly and severally, in an amount in excess of TWENTY FIVE THOUSAND AND 00/100 ($25,000.00) DOLLARS in compensatory damages and TEN THOUSAND AND 00/100 ($10,000.00) DOLLARS punitive damages, plus attorneys' fees and costs.

**COUNT II—EXCESSIVE FORCE/FAILURE TO INTERVENE**

1-11) Plaintiff TALMADGE SLAUGHTER hereby re-alleges and incorporates the allegations of paragraphs 1-11 of Count I as his respective allegations of paragraphs 1-11 of Count II as though fully forth herein.

12) After forcefully entering the Plaintiff's home, one of the Defendants put a gun to the Plaintiff's head and threatened to kill him.

13) This Defendant did not have probable cause or provocation to use such force.

14) The use of force was unprovoked, unnecessary and excessive.

15) The Plaintiff was injured.

16) The other Defendants stood by during the use of force and allowed this to occur, failing to intervene.

17) As a result of the actions and inactions of the Defendants, the Plaintiff received hospital treatment and care.

18) The actions and inactions of the Defendants, P.O. DWAYNE ADAMS, P.O KIMBERLY CARTER, P.O. KENNETH STEELE, P.O. DONALD DOUGLAS, P.O. LEO CROMWELL and P.O. ISSAC THOMAS, were unreasonable.

19) Said actions and inactions of the Defendants, P.O. DWAYNE ADAMS, P.O. KIMBERLY CARTER, P.O. KENNETH STEELE, P.O. DONALD DOUGLAS, P.O. LEO CROMWELL and P.O. ISSAC THOMAS, were intentional, willful and wanton.

20) Said actions and inactions of the Defendants violated the Plaintiff's Fourth Amendment Rights of the United States Constitution as protected by 42 U.S.C. §1983.

21) As a direct and proximate consequence of said conduct of the Defendants, P.O. DWAYNE ADAMS, P.O KIMBERLY CARTER, P.O. KENNETH STEELE, P.O. DONALD DOUGLAS, P.O. LEO CROMWELL and P.O. ISSAC THOMAS, the Plaintiff, TALMADGE SLAUGHTER, suffered violations of his constitutional rights, emotional anxiety, fear, pain and suffering, and monetary loss and expense.

WHEREFORE, the Plaintiff, TALMADGE SLAUGHTER, prays for judgment against the Defendants, P.O. DWAYNE ADAMS, P.O KIMBERLY CARTER, P.O. KENNETH STEELE, P.O. DONALD DOUGLAS, P.O. LEO CROMWELL and P.O. ISSAC THOMAS, jointly and severally, in an amount in excess of TWENTY FIVE THOUSAND AND 00/100 ($25,000.00) DOLLARS in compensatory damages and TEN THOUSAND AND 00/100 ($10,000.00) DOLLARS punitive damages, plus attorneys' fees and costs.

## COUNT III—UNLAWFUL SEIZURE/DETENTION

1-12) Plaintiff TALMADGE SLAUGHTER hereby re-alleges and incorporates the allegations of paragraphs 1-12 of Count II as his respective allegations of paragraphs 1-12 of Count III as though fully forth herein.

13) One of the Defendants holding a gun to Plaintiff's head unlawfully interfered with Plaintiff's freedom of movement.

14) Plaintiff was not free to leave at any time while this Defendant was holding a gun to his head.

15) During the time Plaintiff was unlawfully held, Plaintiff was in fear for his life.

16) The Defendant did not have probable cause to hold the Plaintiff.

17) Said actions of one or more of the Defendants were intentional, willful and wanton.

18) Said actions of one or more of the Defendants violated the Plaintiff's Fourth and Fourteenth Amendment Rights and were in violation of said rights protected by 42 U.S.C. §1983.

19) As a direct and proximate consequence of said conduct of one or more of the Defendants, the Plaintiff, TALMADGE SLAUGHTER, suffered violations of his constitutional rights, emotional anxiety, fear, pain and suffering, and monetary loss and expense.

WHEREFORE, the Plaintiff, TALMADGE SLAUGHTER, prays for judgment against one or more of the Defendants, P.O. DWAYNE ADAMS, P.O KIMBERLY CARTER, P.O. KENNETH STEELE, P.O. DONALD DOUGLAS, P.O. LEO CROMWELL and P.O. ISSAC THOMAS, jointly and severally, in an amount in excess of TWENTY FIVE THOUSAND AND 00/100 ($25,000.00) DOLLARS in compensatory damages and TEN THOUSAND AND 00/100 ($10,000.00) DOLLARS punitive damages, plus attorneys' fees and costs.

### COUNT IV—INDEMNIFICATION

1-19) Plaintiff TALMADGE SLAUGHTER hereby re-alleges and incorporates the allegations of paragraphs 1-19 of Count III as his respective allegations of paragraphs 1-19 of Count IV as though fully forth herein.

20) Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

21) Defendants P.O. DWAYNE ADAMS, P.O KIMBERLY CARTER, P.O. KENNETH STEELE, P.O. DONALD DOUGLAS, P.O. LEO CROMWELL and P.O. ISSAC

THOMAS are or were employees of the Chicago Police Department, who acted within the scope of their employment in committing the misconduct described herein.

WHEREFORE, should Defendants P.O. DWAYNE ADAMS, P.O KIMBERLY CARTER, P.O. KENNETH STEELE, P.O. DONALD DOUGLAS, P.O. LEO CROMWELL and P.O. ISSAC THOMAS be found liable for the acts alleged above, Defendant CITY OF CHICAGO would be liable to pay the Plaintiff any judgment obtained against said Defendants.

## **JURY DEMAND**

The Plaintiff, TALMADGE SLAUGHTER, requests a trial by jury.

Respectfully submitted,

/s/ Ronak D. Patel

Gregory E. Kulis and Associates
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312) 580-1830