

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TALMADGE SLAUGHTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 C 6642 |
| ) | |
| P.O. DWAYNE ADAMS, ) | JUDGE HART |
| P.O. KIMBERLY CARTER, ) | |
| P.O. KENNETH STEELE, ) | Magistrate Judge Valdez |
| P.O. DONALD DOUGLAS, ) | |
| P.O. LEO CROMWELL, and ) | |
| P.O. ISSAC [sic] THOMAS, individually ) | Jury Demand |
| and the CITY OF CHICAGO, ) | |
| ) | |
| ) | |
| Defendants. | |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Talmadge Slaughter, by one of his attorneys, Ronak D. Patel, and defendants, Dwayne Adams, Kimberly Carter, Kenneth Steele, Donald Douglas, Leo Cromwell and Isaac Thomas, by one of their attorneys, Thomas Aumann, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss; ~~the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows.~~ wTH

All of the claims of plaintiff, Talmadge Slaughter, against defendants, City of Chicago, Dwayne Adams, Kimberly Carter, Kenneth Steele, Donald Douglas, Leo Cromwell and Isaac Thomas, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

Thomas Aumann
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-7630
Attorney No.06282455

ENTER: _William T. Hart_
The Honorable William T. Hart
United States District Judge
DATED: SEP 2 2009